**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

OLD REPUBLIC NATIONAL TITLE
INSURANCE COMPANY and STEWART
TITLE GUARANTY COMPANY,

    Plaintiffs,

v.                                          Case No: 8:15-cv-126-T-30AAS

FIRST AMERICAN TITLE INSURANCE
COMPANY,

    Defendant.

_____

ORDER

    The Court has been advised via a Report of Mediation (Dkt. #106) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla, it is

    **ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

    **DONE** and **ORDERED** in Tampa, Florida, this 2nd day of August, 2016.

                                                    JAMES S. MOODY, JR.
                                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record